```
                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    Case No. 2:09-CR-00067 EJG
                               )
               Plaintiff,      )
                               )
     v.                        )
                               )
GERARDO LOPEZ-DELOYA,          )
                               )
               Defendant.      )
                               )
                               )
                               )    RELATED CASE ORDER
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )    Case No. 2:11-CR-00052 JAM
     v.                        )
                               )
GERARDO LOPEZ-DELOYA,          )
                               )
               Defendant.      )
                               )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(f) (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.
5    IT IS THEREFORE ORDERED that the action denominated 2:09-CR-
6 00067-EJG be reassigned to Judge John A. Mendez for all further
7 proceedings, and any dates currently set in this reassigned case
8 <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
9 filed in the reassigned cases shall be shown as 2:09-CR-00067-JAM.
10    IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of civil cases to
12 compensate for this reassignment.
13    IT IS SO ORDERED.
14 Dated:  March 9, 2012

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com